UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 09-20470-CR-MARTINEZ**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERSKANESHIA RITCHIE,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to

Order of the District Court Dated June 2, 2010. The Report and Recommendations issued by United

States Magistrate Judge Peter R. Palermo, on July 29, 2010 **(D.E.#248)** recommends to this Court,

that CJA Voucher #FLS 09-3418 be Granted and that Mr. Joaquin Mendez be awarded the sum of

**$12,143.80** as fair and final compensation for his work in this case. The parties were afforded the

opportunity to file objections to the Report and Recommendation, and however none were filed .

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the

record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of

the file and being otherwise fully advised in the premises, it is

        **ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's

Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

        **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of August, 2010.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

-2-

Copies provided to:
Magistrate Judge Peter R. Palermo
Joaquin Mendez, Esq
Lucy Lara, CJA Administrator