UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 09-20470-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERSKANESHIA RITCHIE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to Order of Reference of the District Court Dated April 18, 2011. The Report and Recommendations issued by Senior United States Magistrate Judge Peter R. Palermo, on May 17, 2011 **(D.E.#374)**, recommends to this Court, that CJA Voucher #FLS 11-3644 be Granted and that Mr. Joaquin Mendez, Esquire be awarded the sum of **$3,712.50** as fair and final compensation for his work in this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Senior United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of June, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Senior Magistrate Judge Peter R. Palermo
Joaquin Mendez, Esq
Lucy Lara, CJA Administrator